**Jerry MYERS, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 51995.**

Missouri Court of Appeals,
Eastern District,
Division Six.

Jan. 27, 1987.

Walter D. McQuie, Jr., Montgomery City, for movant-appellant.

William L. Webster, Atty. Gen., Kurt Hentz, Asst. Atty. Gen., Jefferson City, for respondent.

**ORDER**

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 27.-26.

Judgment affirmed. Rule 84.16(b)